

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00268-CV

**AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.,**
Paul Campbell, Rod Seaford, and Charles Oliver,
Appellants

v.

Augustus **BRAY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10872
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying the appellants' motion to compel arbitration is REVERSED, and the cause is REMANDED to the trial court with instructions to enter an order compelling arbitration and staying further proceedings in the underlying cause. It is ORDERED that appellants recover their costs of appeal from appellee.

SIGNED July 6, 2016.

_____
Rebeca C. Martinez, Justice